

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DEMOND JERMAINE VAUGHN,<br><br>Defendant. | Case No.  CR 09-8736-ODW<br><br>ORDER OF DETENTION<br><br>[Fed. R. Crim. P. 31.1(a)(6);<br>18 U.S.C. § 3143(a)(1)] |

I.

On October 28, 2016, Defendant appeared before the Court for initial appearance on the petition and warrant for revocation of supervised release issued by this Court.

Defendant was represented by Deputy Federal Public Defender ("DFPD") Richard Goldman specially appearing for DFPD Henderson.

The Court has reviewed the Pretrial Services Report and its recommendation of detention, the allegations in the Violation Petition and the Government's Request for Detention.

## II.

Pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release,

The Court finds that :

A.   ☒   Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)].  This finding is based on:

    ☒   Allegations in petition which include failures to report to the Probation Officer as directed and failures to follow the instructions of the Probation Officer and travel to Las Vegas without authorization or permission.

    ☒   Prior violations of supervised release conditions and arrests for parole violations and failure to appear

    ☒   outstanding warrant dated August 3, 2016

B. ☒   Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)].  This finding is based on:

    ☒   criminal history

    ☒   allegations in the Petition for Revocation which include multiple violations

    ☒   Prior violations of supervised release conditions and arrests for parole violations and failure to appear

### III.

IT IS THEREFORE ORDERED that the defendant be detained pending further proceedings.

Dated: October 28, 2016

                                               /s/
                                     ALKA SAGAR
                               UNITED STATES MAGISTRATE JUDGE